■ TIMUR ON 5TH AVENUE, INC., Appellant, v JIM, JACK & JOE REALTY CORP. et al., Respondents. [753 NYS2d 720] —Order,

Supreme Court, New York County (Herman Cahn, J.), entered September 6, 2001, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Tom, J.P., Saxe, Ellerin, Lerner and Marlow, JJ.